UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DANIEL E. DYMOND,

    Plaintiff,

        - against -

JOSEPH SELLERS, JR., et al.,

    Defendants.
-----------------------------------------------------------X

Case No: 2:15-cv-01938-ADS-ARL

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  DEC 20 2016  ★
LONG ISLAND OFFICE

    Plaintiff and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the immediate dismissal with prejudice of this action, including all claims and counterclaims, with no admission of fault or liability and with each party to bear its own fees and costs. The parties request the Court to enter the accompanying Order of Dismissal.

Dated: December 19, 2016

Respectfully submitted,

/s/ Benjamin A. Karfunkel
David W. New
Benjamin A. Karfunkel
NEW & KARFUNKEL, P.C.
1129 Bloomfield Avenue, Suite 215
West Caldwell, New Jersey 07006
(862) 210-8220
dnew@newandnewlaw.com
bkarfunkel@newandnewlaw.com

COUNSEL FOR PLAINTIFFS AND
COUNTER-DEFENDANTS

/s/ Stephen M. Rosenblatt
Stephen M. Rosenblatt (*pro hac vice*)
Chief Counsel
Sheet Metal Workers' National Pension Fund
8403 Arlington Boulevard, Suite 300
Fairfax, VA 22031
(703) 739-7092; FAX: (703) 739-7959
srosenblatt@smwnbf.org

/s/ Nicholas T. Christakos
Nicholas T. Christakos (*pro hac vice*)
Sutherland Asbill & Brennan LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
(202) 383-0100; FAX: (202) 637-3593
nicholas.christakos@sutherland.com

COUNSEL FOR DEFENDANTS AND
COUNTER-PLAINTIFFS

38571383.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DANIEL E. DYMOND,

    Plaintiff,

        - against -

JOSEPH SELLERS, JR., et al.,

    Defendants.

------------------------------------------------------------X

Case No: 2:15-cv-01938-ADS-ARL

**ORDER OF DISMISSAL**

Pursuant to the parties' Stipulation of Dismissal, the Court hereby orders that this case is dismissed with prejudice, including all claims and counterclaims, with no admission of fault or liability and with each party to bear its own fees and costs. The matter having now been resolved in its entirety, the Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: December 20, 2016

                                                s/ Arthur D. Spatt

                                               Judge Arthur D. Spatt